Order issued October *16*, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-10-00286-CV

## CARDIAC PERFUSION SERVICES, INC. AND MICHAEL JOUBRAN, Appellants/Cross-Appellees

### V.

## RANDALL HUGHES, Appellee/Cross-Appellant

---

## ORDER

---

The Motion for Rehearing filed by appellant is hereby DENIED.

ELIZABETH LANG-MIERS
JUSTICE